■ TIMOTHY J. FARNHAM, Respondent, v AARON L. KITTINGER, Defendant, and CONSOLIDATED RAIL CORPORATION et al., Appellants. (Appeal No. 2.)—Appeal from order, insofar as it reserved decision on defendants' motions for summary

judgment, unanimously dismissed, and order otherwise affirmed without costs. Same memorandum as in *Cobb v Kittinger* ([appeal No. 1] 168 AD2d 923 [decided herewith]). (Appeal from order of Supreme Court, Chautauqua County, Ricotta, J. —summary judgment.) Present—Dillon, P. J., Doerr, Green, Pine and Davis, JJ.